UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YOSNIEL BOSMENIEL,

    Plaintiff,

v.                                                  Case No: 8:23-cv-714-CEH-TGW

T.S.W. RESIDENTIAL &
COMMERCIAL SERVICES, INC.,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Amended Report and Recommendation filed by Magistrate Judge Thomas G. Wilson (Doc. 16). In the Amended Report and Recommendation, Magistrate Judge Wilson recommends that Plaintiff's Motion for Default Judgment Against Defendant (Doc. 14) be granted to the extent that default judgment be entered in favor of the Plaintiff, and against the Defendant T.S.W. Residential & Commercial Services, Inc., in the amount of $20,277.00. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is now,

**ORDERED AND ADJUDGED**:

(1) The Amended Report and Recommendation of the Magistrate Judge (Doc. 16) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Default Judgment Against Defendant (Doc. 14) is GRANTED, to the extent that a default judgment will be entered in favor of the Plaintiff, Yosniel Bosmeniel, and against the Defendant, T.S.W. Residential & Commercial Services, Inc., in the amount of $20,277.00.

(3) The Clerk is directed to enter a judgment in favor of Plaintiff, Yosniel Bosmeniel, and against Defendant, T.S.W. Residential & Commercial Services, Inc., in the amount of $20,277.00

(4) The Clerk is further directed to terminate the Report and Recommendation at docket entry 15, as it is moot, and to close this case.

**DONE AND ORDERED** at Tampa, Florida on February 12, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record

2